IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEVEN J. RUSCH and LORIE A. RUSCH,

    Plaintiffs,                        JUDGMENT IN A CIVIL CASE

v.                                    Case No. 12-cv-521-wmc

GARY McCARTAN,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

        /s/                                                5/14/2014

  Peter Oppeneer, Clerk of Court                        Date